Today's Date
Aug. 12, 2022

In federal United States District Court
Civil matter. Western Division

Harold Shaughnessy Sims                    Plaintiff

vs.

Jansen / Johnson                           Defendant
Bio Tech

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 17 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

4:22-cv-737 KGB

This case assigned to District Judge **Baker**
and to Magistrate Judge **Volpe**

Jury trial
Demand.
Amend at any
Time As information
Becomes Available

Constitutional Right Being
Broken. By
life, liberty, pursuit of happiness

As to This claim to Be Against Jansen / Johnson
Biotech Being, That The vacine wasn't approved
At The Time Through the FDA. As it was yet
confused to me, And I know others to
recive The vacine, as to from The governor
Asa Hutchinson Back to June 05, 2021, so yes
I would like to pursue This lawsuit. And
yet Become compensated for all my side affects
And Damages Due to me
As a living human being.
Thank you
Sincerly Harold Shaughnessy
Sims

Harold Shaughnessy Sims — Inmate TDE #40493
Trustee
Craighead County Detention Center
901 Willet Rd.
JONESBORO AR.
72401

MEMPHIS TN 380
15 AUG 2022 PM 2 L

Legal mail

United States Federal Courthase
Office of The honorable clerk, A-149
600. W. Capitial AVE.
Little Rock, ARKansas
72201

72201-332999